In the United States District Court
For the District of Columbia

| | |
|---|---|
| JEAN BOUTCHER et al.<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 1:07-cv-01032 (RCL) |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(2)(ii), respectfully move this Court to dismiss their unserved complaint against Defendant in the above captioned matter without prejudice, due to the withdrawal of their attorneys from the law firm of Piper Rudnick.

Dated: October 10, 2007

Respectfully Submitted,

_____
E. Elaine Gardner   Bar No. 271262
**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS**
11 Dupont Circle, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

Attorneys for Plaintiffs
JEAN BOUTCHER and
THE EQUAL RIGHTS CENTER

In the United States District Court
For the District of Columbia

| | |
|---|---|
| JEAN BOUTCHER et al.<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 1:07-cv-01032<br>(RCL) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of Plaintiffs' Motion to Dismiss Without Prejudice, and good cause having been demonstrated it is by the Court this ___ day of _____, 2007:

ORDERED that the Plaintiffs' unserved Complaint in this matter be dismissed without prejudice.

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE