**In the United States District Court**
**For the District of Columbia**

| | |
|---|---|
| JEAN BOUTCHER et al. | Civil Action No. 1:07-cv-01032 (RCL) |
| Plaintiffs, | |
| v. | |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

FILED

OCT 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of Plaintiffs' Motion to Dismiss Without Prejudice, and good cause having been demonstrated it is by the Court this 12th day of october, 2007:

ORDERED that the Plaintiffs' unserved Complaint in this matter be dismissed without prejudice.

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE